Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

District of

Division

Case No.     2:25-cv-538-MPB-MKK

Mr Jassie L. Ison

*Plaintiff(s)*

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

State of Indiana etc, AL..

*Defendant(s)*

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*     ☒ Yes     ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non–Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. 8th, 14th, 4th, 5th, 6th Amendment violation's. Inmate rights sec 3 #5 1-10 administration Policy to be treated fairly and access to the courts and medical treatment Title 18 sec 241 and others in complaint. and a injunctive order to stop abuse.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

   a.    If the plaintiff is an individual

   The plaintiff, *(name)* _____, is a citizen of the
   State of *(name)* _____ .

   b.    If the plaintiff is a corporation

   The plaintiff, *(name)* _____, is incorporated
   under the laws of the State of *(name)* _____ ,
   and has its principal place of business in the State of *(name)*

   _____ .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

   a.    If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of
   the State of *(name)* _____ . Or is a citizen of
   *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name                      *See Attachment of Defendant(s)*

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Attachments of Defendant(s)

1.) Marion County Indiana
Marion County Sheriff Department
Marion Prosecutors office
Marion County Municiple Police Department
I.D 01-1405-C/H/G

2.) Indiana Dept of Correction
Westville Correctional facility
Indiana Reformator
Sullivan County Prison level 5 secured housing unit
Sullivan County Prison level 3 prison
I.D. 95-344-C/H/G

3.) Vigo County Sheriff Department
Vigo County Municiple Police Department
1. J. Funkhouser
2 Heaton investigator
3 Training officer of both
Vigo County Indiana
Vigo County Superior Ct Rm 6 clerk (s)
Vigo County Sheriff
Vigo County Counsel

4.) Hendricks County Indiana
Hendrick County Prosecutor
Hendricks County Judge (s)
Hendricks County Public Defenders office
All unknown Turnkey Deputy Sheriff(s)
Hendricks County Sheriff
Hendricks County Court reporter

5) Putnam County Indiana
   Putnam County sheriff Department
   Putnam County State Police Department
   Putnam County Superior Court
   Putnam County Murder detective State Police
   Charlie Bolinger

6.) Parke County Indiana
   Judge Sam Swaim
   Prosecutor Stalker
   Prosecutor Cvengross
   Parke County Public Defender James Bruner

7.) All Defendants will receive a copy
   to their county represenitives due
   to altering of my phone correct
   address is not available for defendants
   due to government intrusive behavior
   to meaningful access to cts including
   law and case cites. Violating a
   contract and 14th Amendment. U.S.C.
   or in person on video survelance
   in each bldg. of defendants.

Nature of Complaint

Sec III (A)

actus Reas and mens rea
in Punitive and compensatory
damages seeking relief.

## Nature of Complaint

First for the courts information to give the court information on the revolation of this complaint and consolidation of past and present complaints and the involvement of my fathers estate worth over 1 million dollars and his death which is not a issue but a factor concerning the conduct of officer(s) and their premeditation on attempting to murder me Jessie Lee Tson the only biological son of Jethro Tson and was deprived of the survivor benafits proven by myself on D.N.A by Judge O'dell upon her request for D.N.A which was established in Europe through Ancestry. I'am and maliciously attempted to be deprived and involving illegally retention of documents and chronological case summarys, sexual proposals through them and an documantary evidence of them

and tampering with federal mail
and mail box in their sexual
proposal that called and disgraced
me in society and labled me
as a child molester, criminally
un-contormed, theft, against,
scammer, burglar making
friendship, gang related and
none of this applys to me.
further for the courts information
I have worked with internal
affairs since 1993 or 1994
and once correctional officers
were arrested for trafficking
with inmates, prostitution extortion extortion
scamming and I was exposed
by them inside of prison, them
the State and federal government
performed a death sentence on
my life and attempted to murder
me in several forms one
was by creating a situation
to psychologically impair me
to the point of suicide
by beating, burning, throwing
bodily wast on me, grinding
handcuffs to payment
me that would

impair me and show all D.O.C.
Sheriff Departments and State Police
and federal Governments and
State Governments involvement and
their knowingly behavior as
now their second attempt
to murder me In Indiana.
The following Countys are involved
1) Owen 2) Putnam 3) Hendricks County
4) Marion County.
         These are all previouse
lawsuits that were incomplete
due to the officers involved
placing me into prison. or Jail
working with criminals to
plot my arrest with the
officers actions of knowledge
of the arrest prior to it
happening by their own notions
or actions of involvement.
Bringing Cigars or wearing
Sunglasses, or hindering release
and strategically and studying
my progress to favor themselves
to rid me of exposing their
criminal activity

On June 6th 2024, I wired 103,500.00 to a title company and purchased a 1978 condominium for two reasons 1.) to start college 2.) To profit and renovate the home.

The home itself was sold through a fraudulent sales disclosure and had mold, toxic black mold, dirt and circuit boards established certain crimes committed in the past.

1.) The date of francis weavers home that has a illegal restitution of 39,444.10 are gas directly to I.P. 95-398-C/H/E the numbers involve scamming, drug dealing and the character of the family involved who I personally have met and seen their criminal activity including the notion of their uncle sheriff who had showed up at their home in Hendricks county and did not go into the home to visit, I believe he divulged personal knowledge that I had informed the firemarshal they are involved with drugs

with mexican neighbors that
associated with. Then Sept 1st
2000. Officers of municiple
Police Department at Plainfield
threw me in my mothers
front yard and were forced
to release me by Sgt Smock
and federal Judge David F
Hamilton violated my Fifth Amendment
due-process right by denying me
the evidence to produce of photos
of their actions at the arrest
of their assault.

Shortly on Sept 26th they
also arrested me for battery
on a child by false report
to remove me from society so
they could continue in criminal
activity at my mothers and
aunts home and weavers
residence.

Further Lt. Butch
Greer executed throwing feces
urine beating and attempting
with, conspiracy with all defendants
to force me to commit suicide
in prison through psychological
torture that incapacitated me

In the conditions of confinement.
Recently in Terre Haute
after purchasing the home and
Parke County Judge Swain disobeyed
the Supreme Court and him
stalker and Congress premeditated
the whole Terre Haute New beginning
of my life to kill, steal and
destroy my life and did so
through abuse of their authority
also involving John Treji who
filed a continuance in litigation
on this complaint of Judge Swain
in 2024. Judge Swain has the
Character and personality of
a cocaine cocaine cartel
member and prior to him being
Judge in the Same County Judge
Baker was arrested for Cocaine
Sam Swain played a role
of Scarface involving the
personality of a Cocaine person
who exhorts authority in crime
the day he abused his authority
Rule 1.1. a Judge is not
allowed to break the law.
That day he premeditated
Terre Haute, Indiana and
my home.

by delaying my release and showing
favoritism with criminals on
illegal sentences by allowing
criminals with priors to
have probation. One who I
know as a fact the Son
of Sheriff Charlie Bolinger
who was arrested for raping
and using drugs to make a female
to do it and received probation
Charlie Bolinger also threatened
me in the court room by
winking at me in it and
placing a military vehicle
at the Indiana State Police
Post that is now located in
Terre Haute at a firemarshals
home who is involved. Charlie
Bolinger is a Indiana State Police
Murder detective and holds
the ~~pos~~ purtold position to make
false reports on my murder
they attempted by coming into
my home and placing poison
in my home and face.
that was also involved in
fraud of the home by
the Sheriff Department, and
Municiple Police Department

and attempted by my bank
Social Security office and
The Clerks actions of
federal and State and
U.S. Marshal security officers
involved in oral and material
criminal activity not ~~tangible~~ facile
criminal activity and personal
knowledge along with residence
at Dreiser Square and Property
Management Karron, at Dreiser
Square and named therein.
and at Fortville Inc. This
Is All involved in Vigo County
and Hendricks County Indiana
In the year 2024 - 2025.
Prosecutor Cuengross made the
comment on record if I
were to be seen in Parke County
that he wanted me to be arrested
without cause. Judge Swaim stated
that he felt that the Supreme
Ct undermined the situation, with
the demeanor directed towards me
and Stalker made the comment
to play ball which is
the entire area of where
I live that their crime
was pre-meditated to prevail. of murder

after my own filing of
several attempts in State
and Federal Cts. The Federal
Ct ordered me to argue my
case first in State Ct. I
did so, they and the defendants
committed perjury, assault, burglary
and violations of proceedings
involving Title 28-1343 w/ 4h
other government agents. Including
Supporting Title 18 Sec 241
Threats, abuse and intimidation
to hinder a person from exercising
their civil rights that can
be proven without a doubt
in violation of administration
policys and criminal activity
not facily criminal appearence
and the Sheriffs involvement
in fraud in that County.
with the auction his administration
used to sell my home. They
sold a 103,500.00 home for
70,000.00 depriving me of
over 53,000.00 intentionally
to protect themselves and
their crimes in this
complaint invoked in Federal
Title 28-1331

wherein, in the past year
the federal CHS employees
and agents and Clerks
involved in stating a diversity
was involved when it was
Federal Question Terre Haute, and
these Defendants are involved in
1.) Child molestation · and including
Child pornography including allowing
pornography and sponsering it on
Indians land line on live T.V.
through a Cable Network called
Spectrum also At &T is
involved.
2.) Drug dealing of Nargcotics
and Inner State Trafficking,
with a mailman who ex posed
me there at Dresser Square
who delivers the packages and
has secret meetings with his
mother who lives there.
They sell Marijuana, Meth, Cocaine,
female prostitutes and a sheriffs
mother there also has knowledge
and has lived there for
over 3 yrs and made the statement
to walk away. She pretended
to act as a informant but

in all reality her son works
for the Sheriff Department
who traided me at my home
by stopping a all day auction
at noon and secured a
control buy at my home for
70,000.00 traiding me of
$153,000.00. and the possibility
of hiring counsel where further
they have tampured with my
phones, legal information in google
search, stolen my phone, and
created financial hardship t
keep me trapped in my home
that gave me lung nodyles
toxic mold poisoning and enzymes
leaking from my heart muscles
into my blood stream and they
stole glasses, towels, clothing
and other things involved with
my home and privacy of it
by unlawfully uttering it.
and placing poison in my
food. All residence and
their involvement will be
brought to court including
federal court judges, Clarks,
and marshal security officers
and their attempted murder

cause his organs to shut down
they murdered him as well
as they attempted to murder
me in the same fashion and
lawyers lied about legal issues
having merit and deprived me
of financial status along
with now Terre Haute Court
system who paid attorney
C. David Little's office including
his law firms and he
and them deprived me of
my 500.00 in his escrow
account. with knowledge of
my situation and my fathers
legal documents and other
files concerning abuse by
District attorneys. Now
I get have organ damage
that is vital organ damage
that caused loss of life
expectancy by these involved.
Defendants that are known.
further since 1989 30% of
the male Ison name has
been demised.

I believe those people herein this complaint and, their attempted Murder did the action to my father and other male Isen including myself.

Now I will show the Court each federal Jurisdiction that enforces and invokes the courts, authority by applying State and federal law in each of their violations of the U.S Constitution and State laws including Administration Violations.

further My Dodge Challenger a 2021 with 23,000.00 miles was wrecked intentionally by a female aggressive driver who caused 10,000 to 16,000 dollars in damage, the body shop stated this vehicle was not totaled. The Insurance Company totaled the vehicle with their own statement it was worth more money in parts then to be fixed. They totaled the car and sold it for gain on a 34,000.00 vehicle only owing 6,000.00 they gave me only less then half its value defrauding me out

out of my vehicle committing
auto-theft and the officer(s)
involved in the crash scene
know the wreckless driver
personally. The vehicle was
a derango slang word draino
meaning financial in nature at
its effect there financially handicapping
me due to their pre-meditation
with Judge Swaim. They committed
perjury on the report. 1. The car
is blue not red as stated
2.) The scene was tainted and,
her vehicle was moved before
their arrival, 3.) The light was
red I had the right away
4.) The officer did not write
the ticket for not having
a drivers license further
covering for the pre-meditated
crash 5.) They had been following
me around for several weeks,
including the police. 6.) The
air report is in perjury they
intentionally placed cartoon
like vehicles refusing to give
me a photo from a satelite
where also they began entering
my home tampering and

committing burglary by and with
these officers. They drive
illegally tinted out windows
that the sheriff and municiple Police
orders intentionally to
cause ongoing mental relapse
of I.D. 85-344-CH/6 of
the grinding handcuffs in
prison at the sametime they
throw feces, urine, beat and
burned me committing acts of
blasphamy and indility of their
authority breaching security
and murdering society with
drugs, sex and con's and, scams
to and in attempt to financially
gratify themselves and rob
the U.S. Treasury that I
have refused to participate
and be a part of since
the year 1992 - 2025 working
with internal affairs. Further
prior to my release from
Indiana Reformatory of a
99 year sentence that Judge
surim disobeyed the federally
appointed Judges of the
Suprame court

16.

A indiana State Police officer was arrested for heroin with photanol involving over 8 inmate murders including trafficking with mental health attendants where I was located and upon the right moment through a second party due to their inability I choose to do it that way due to the fact they are a murder threat to my self, state and federal government agencies. This is their character and I will call each and every one of them into the trial and expose and attempt to prosecute them and the District Attorney will receive his copy of this complaint. These people run a human harvest gang for money, organs, illegal immigration one, scams and robbing states and society and again the U.S. Treasury attempt and even attempted to push a one of their daughters on me to marry.

12.

in decert to murder me for money.

Their Injury's are

1. Un Trust, of others for the rest of my life

2 Non belief in all parts of the bible

3. Assault on me in my belief through Jodges 16 using the word, weavest in that chapter and placing the story on police vehicles slowing direct knowledge of it and their assaults and a loss of two years of my life involved in their assaults including the slang word wapvest for francis weaver with the Insurance restitution they were already paid for in attempt to scam and commit actions of fraud in Putnam county Indiana and their illegally typed out windows are a symbol of his eyes and their torment to me in their attempt

.10

To murder me, in there
with corporal cruel and
unusual punishment involving
assaults, arson on a person,
bodily waste, chemical restraining,
psychological battery ongoing
into this complaint. All
will be proven without a
doubt and your own understanding
can not deny it including
the fact of all the constitutional
violations, endorsements, and titles.
A federal Judge passes a
bar exam and knows their
duties. including clerks and
their oath. threats. in black
clothing giving me murder
of life expectance and
lawyers involved. causing
loss of use of limb, vital
organ damage, permanent.

5. illegal seizure, criminal
confinement, murder, attempted
murder and personal knowledge
of it.

19.

6.) And sexual proposals.

7.) illegal procedures intentionally denying due-process to allow their assaults to happen, including refusing to deliver a summons in attempt to protect the place I bought the home to rob the treasury the whole area is involved and in color of a gang called, Vice Lord including their pimps, drug dealers and prostitutes. Their color's are Red & black in hanky, cloth & and deciples are to black and blue. both are under two types of gang stars one a six one a five police and mafia members Use these individuals to extort rape murder and, theft and have a history of it and intimidate as + this, complaint is full of by both parties.

20.

In Hendricks County
The Arraignment Judge muted
the record intentionally denying
me access to hearing it and
began the gagging it and
kidnapping and assaults that
are described in Indiana Code
as Criminal Confinement. Intentionally
and the Sheriff is responsible to
enforce these administrative policys
and was notified through
the matron and Judge and
lawyer and they allowed these
Jail Turnkeys to storm me
right elbow, and leave me
in a padded cell for over
50 days with feces bio hazzard
blood, and maggots and flys
and urine and refused to
allow me to use the restroom
and giving me only one glass
of water per day causing kidney
damage. The Character of
the jail is as they do
not put anti slip devices
down nor allow F.B.I
Technology for voice anylisis
and was built by the
contractor that way

21.

and the place its being
deprived there are blood
stains on the concrete floor
from assaults ~~these~~ these
guards and inmates are involved
in including the sheriff and
their county and judges.
The ones inside, are all acting
in the color of state law
and their gang colors too.
including & eightball involving
latin kings in a red and black
color of the mexican cartel
who is involved with my family
that I do not communicate
with and set up on several
occassions and recently
reported to State Police
in Putnam County Indiana
and Owen County and they
do nothing but allow people
to be molested for over
40 years including kommershal
families involved in child pornography
being mailed to europe for
sale by don Bowell and
Steve Brandlein and I
had to force on three
occassions for

22

their arrest on these individuals
and as some other criminals
they have no conviction and
are caught and tested
against and let go probably
paying off government employees.
that allow it to happen. and
remove the records of it.

This has caused me to
be gravely ill and unable
to function around children
families and homosexuals
and even family members who
raped me. I have separated
myself from all parties concerned
herein.

I'm requesting 14,000,000.00
for their intentions/actions
in their personal and official
capacities for their murder
of my father and attempted
murder on me as of this
date. And they receive this
complaint they will attempt
again Not one lady
previously involved
will be allowed to
sit on my complaint requesting

prosecution of defendants, they
are knowingly aware of
and allowing to harass me
through their protection and
assaults psychological and
physically all jurisdiction
will be given for the
court to process their
Punitive and Compensatory
damages from punitive and
intentional injury, and
the Constitution and I.C.
violations in 28-1392 Sec 3
that congress do not support
invoked in title 28-1331
and Title 18 Sec 241 U.S.C.
with request for D.A prosecution
in the 8th, 7th, 14th, 5th U.S.C
Amendments involving 1. false imprisonment
medical malpractice, unsanitary conditions
4th Amendment illegal seizure of restriction
of freedom of movement with several
forms including documents, proceedings
and person and livlihood
14th Amendment due-process
violations through administration
5th limb injury permanently
deformity and vital organ
damage as described

23.

The Court is allowed In Title
28-1343 sec 3 To invoke
Jurisdiction on officers
acting in the color of
state Law including Judicial
public servants as clerks and
Prosecutors.

All Defendants are involved
in the murder of my father
Jethro Ison. Who had a brain
trauma and died of the
cause of organ death his
organs completly shut down
as their attemp in my home
with chemicals and entering
my home, all neighbors are
involved and will be called
for witnesses against those
Government antites.

They are involved in
Conspiracy IC. 35-41-5-2  a felony of
Conspiracy to comit a crime
Invoked In Title 28-1343 officers
acting in the color of state law
causing injury

and Conspiracy of I.C. 35-42-1-1
Murder and all forms of it.

attempt on me and killing my father in the same pattern. Including the involvement of the U.S. Marshal security officers toyo that I've identified and one Clarks personal involvement with my home, and them placing pot and pan holders under my stove with my family crest insulting me and my family and acknowledging in their actions they killed him and attempted to kill me intentionally. And it can be proven. They are on videos and auditory recordings and home photos.

The Vigo County Sheriff and Municiple Police are in violation of Fraud I.C. 35-43-5-4 A) A person who with the intent to obtain property or data or an educational or government or employment benefit to with the person is not entitled to knowingly or intentionally

25.

my vehicles and home were stolen by fraud committed by those defendants obviously robbing me of personal real property value.

sec 2 with the intent to cause another person to obtain property, knowingly or intentionally by fraud. as defined and committed by these defendants.

It is the Courts responsibility to investigate these matters before any general denial allegations therein denying the allegations that are factual is the attorney General's perjury it is litigation law.

I.C 35-43-4-3 Criminal Conversion
        A person who knowingly or intentionally exerting unauthorized control over anothers person property

In all forms my home my vehicle, my documents

my property inside they stole
my finances. currency Also.

I.C. 35-41-5-2 sec 2
Conspiracy to do a felony

Herun the acts of criminal
conversion in attempt to
deprive me of real property
value with intimidation, threats,
abuse of authority of my
life, livlihood and all actions
herein

I.C. 35-43-4-2 Auto Theft
when defendants deprived me
of my vehichle through the
notion of crime establishe()
herein they intentionally and
Knowingly committed Auto theft
a Level 6 felony

I.C. 35-44.1-2-1 Knjury
A person who Knowingly
(.) makes a false statement
under oath or affirmation

33.

I.C. 35-42-3-2   Kidnapping
A) A person who knowingly
or intentionally removes another
person by travel enticement
force or threat of force
from one place to another
commits kidnapping

The notion of the
Nature of this complaint
with the defendants involved
including unknown.

I.C. 35-42-3-3  Criminal
Confinement A person who knowingly
or intentionally confines another
person without the other persons
consent commits criminal
confinement

The courts comitted
this act by denying establishment
of Appeal record and court
proceedings

official misconduct
I.C. 35-44.1-1-1  ~~cours~~ official misconduct
acts of that obstruct a court
or judicial process and false
reports.

29

when Vigo County Clark
refused to file enforcements
an complaint them and her
and them being parties involved
Vigo County Courts. Obstructed
Justice intentionelly. to
deprive me of due-process
that contributes to argan
damage or a. injunctive relief.
to protect criminals.

In Title 18 sec 241
is and states that a government or
other person who hinders by
threats, intimidation and abuse
of authority to stop another
person from exercising their
civil rights violates this
title

Herein this complaint
in prison, jail and my home,
my finances, my physical health
and their attempted murder
with bodily injury current
has hindered me several
times and will and continue
to be proven without a
doubt on their attempt

39

to incapacitate me by Government abuse as confusion, assaults (physical) Chemical assaults, chemical restraing, bio hazzard assaults of blood, feces, urine and saliva Also and they are Knowingly and the court will have reasonable suspicion to invoke federal Question 28-1331 to have jurisdiction over these defendants. Further within Title 18 sec 241 and Title 28·1343 sec (3) the court has jurisdiction to prosecute all defendants in punitive damages and award their damages of compensatory damages that stem from their punitive actions intentionally committed and I want prosecution. If no one stops these individuals in the government the people will continue to lose including the future of the children.

I.C. 35-43-1-1  Arson
   Damage to another persons property
with fire, explosive, or destructive
device under circumstances that
endanger human life.

   All defendants or in conspiracy
of Arson in to wit: they endangered
and caused burns on my forehead
within their circumstances of
throwing bodily waste feces
urine and beating me while
performing in action of above
of grinding handcuits in a form
of torment to induce a psychosis
and ailment with chemical restraing
to cause suicide in a silent
gesture of their criminal activity
not facile criminal involving their
vehicles and correctional officer
vehiehles and police familys
who threat and intimidat
with magnum vhichles that
represent chicago or "shytown"
the slang word for if used
by gangs involved with controled
crime that has deprived m
of my life the same year
they murdered my father Jethro Ison

22

now attempting me and through
attempts of financial thefts, fraud
and illegal administrative procedures
they are to enforce. and do
not with any intent to do
and caused injury to me
through administrative violations
enforced in I.C. that are
invoked in title 28-1343 sec 3
officers responsible acting in
color of state law comitting
acts of Title 18 sec 241 to
hinder with threats, abuse of
authority and intimidation in
their forms and use of gangs
and their illegal procedure
to cause their premeditated
acts of their crimes invoked
in title 28-1331 Federal Question
whom governs state law
in Judiciary actions with
involvement of congress
who do not approve.

33.

two core requirements
for criminal liability

actus reus and
mens rea this scenario
describes a person who has
committed a conscious blameworthy
act against another human being
me myself by these defendants
have committed acts that
are defined in actus reus
mens rea

in illegal retention, harrassment,
violating process in I.C. 35-44.1-1-1
official misconduct as public servants in
judicial process. and false reports

and Title 18 U.S.C. § 1924
with due process violation
14th Amendment right
to establish record, investigate
complaint for issues and the
right to present evidence
in my own behalf this
court has with state court
in their administration on
video deprived me of documents
with attorney C. David Little Law firm

and Judicial ct proceeding involving
Judges and Clerks to protect
Ft. Villa Inc. and Judge Sam Swaim
and all defendants involved including
residance.

And the police officers that
drive the illegally tinted out vehicles
drive around in the crime scene.
admitting to the allegations at
the factual basis established herein
this complaint invoked in Title 28
sec 28 1331 1331 and 1343 and
title 18 sec 241 and they are
knowingly and cause injury
and are involved in delaying
medical relief, financial relief,
and are involved in fraud
and in conspiracy through
second partys such as
Insurance companys auctions
banks realators Judges
Clerks and criminal
in gangs and have a
history of it obviously
with their silent confession
in factual avidence in
documents, photos, video's,
clothing, buildings, administrative

violations to conspire to do harm against me intentionally and have no remorse or ethics in their representation in their preambles or procedures. and are controlled by higher authority to move from location to location to allow crime to be comitted in other areas and their criminal pattern and personalitys of their charachters they project that is factual.

I will move the ct to impeach any defense against them in motions to produce evidence of videos, documents and physical evidence combined with my personal investigation on them and there pass pattern including prior lawsuits and there behavior of anthrex letters and Waho Texas bodyskip and rcby ridge defininers that are acts of terrorism against

myself and society and the
the history of them doing
it in our system that is
corrupt due to negligent
investigations before hiring
them and continuous watch
while they were are employed
in the government State
and federal and the
technology they take advantage
of by not applying it
and robbing people of
taxes and U.S. Treasury
and causing others as
myself to need to suit,
relief to have returned
for their actions. and
commit acts of double Jeopardy
on those who pay their debt
in a form of stigma to
cause acts of hate Texas
leadership and be they
have no indivisible stability
in anything or progress
in doing their duties and
this is their character
reference against them.
that will be used to
impeach any witness or

37.

denied allegation against them
in trial including the attorney
General denying allegations
illegally that violates litigation
law that states they are
to investigate before denying
the allegations and abuse
their authority in barbaric
behavior to do so.

I.C Tampering with Federal
mail or Federal Title.
Title 18 U.S. code 1702   mail
Title 18 U.S. Code 1705   mailbox


Example: Mail was mailed
to the H.O.A. office for request
for hearing. There after with
my funds and my livlihood
and their threat and presence
in my life they a sent the
mail to the local administration
at the Social Security office
in attempt to deprive us
of backpay of the amount
of 270,006.00 with their
involvement in fraud
several attempts of

39

murder on my life and with
criminals that were reported
and this Ct has ~~prot~~ a
knowledge of their behavior
and continues to conspire
to harbor with Administration
due-process rights secured
in the 14th Amendment
herein this complaint and
the nature of it and
there factual crimes
they comitt that result
in compansatory damages
in their individule and
official capacities and
there own livlihood does
not match their income
or cash spent or the
ones they pay in cash
to do their crimes to
cover their actions.
and is their character
establighed and will be
established in jury seeking
reward of 14,000,000.00
in each county as a whole
that is not excessive in
similar case cites jury
awarded 2.2 million

29

dollars for a illegal seizure
to a man that was handcuffed
to a flag pole, others were
awarded for false imprisonment
in the amount of millions and
others in amounts of 175,000.00
for physical injury and others
in the amount of all 303,000.00
dollars for harassment by officers
and others in the amount of
1,500.00 per day of illegal segregation
performed by administration that
could of been prevented by
Superintendents that sheriff
cars are a crime scene and
evidence of arson in a satanic
retaliation for the crimes
I've paid my debt for and
comitted acts of double jeopardy
punishing me twice for
the same crime and intentionally
and knowingly to comitt
a crime. Violating 8th Amendment
rights with 15th Amendment
attached units that prevent
them from comitting this
action and violating due-process
through administration illegal procedures
to protect the morts of their

crime steming from Putnam County
Indiana while residence of
Arson and they comited the
acts of 69 slang definition
at their own belief in
rataliation for crimes or anyone
touching them and their activities
Herein comiting crimes that
are enedables in trial and
society and will be prosecuted
criminally and civilly by
by myself before a Jury
with the question of equal
protections and equal treatment
in laws that all defendants
herein violate intentionaly
and knowingly due to their
intelligence and their certificades
or diplomas they acheive
through testing and school
and practice every day which
discribes their charachter and
their actions they perform in
their duties and preamble
and cannon Rule 1.1 and
others. as lawyers, Judges
and clerks are the criminals
involved with them.

41.

including further noting the
charachter of them for trial
they comitted acts of sex
for favors in their duty
as a Parole officer now
working in Putnam County Indians
that shows their acts of
favoritism in their sect or
group of whatever category
they are in. The Their proth
is devastating and terrorizes
me to the point I believe
I must protect myself unlawfully
and their inability is why not
only to their duties but
to be non-prejudice and have
individual stability that they
do not have obviously and
the individual perpetrating
this fraud with these
defendants will be exposed
through discovery at the
authority allowing, I
and guiding them to
do so installing. In
one who murdered my
Father and attempted
to induce a suicide as
the glory of

47

there crime scene they drive
from and the name it stems
from Francis Weaver in
Putnam County Indiana that
is the same color as a
sheriff uniform and has
the past color of them
and they assaulted me in
D.O.C. through officer(s)
Landis, Blackman and Small
and allowed a inmate on
the recreational ~~yard~~ grounds
to fight me to cause
a action to allow them
to kill me in the recreation
area that shows their strategies
to comit crimes with criminals
such as cocaine and mexican
cartel cocaine dealers that
are symbols of a fizzy
but sign of their hat without
the hudman glasses where
they drink in society
in their preamble and represent
the county seat with
there comments and actions
in every County. Including
greansberg Indiana. That
illegally confined me in jail

due to their negligence in removing
a warrant they had no standing
to issue due to no conviction
in Marion County due to
the trial being dismissed
because the court knew the
witnesses were lying and
have a history of it with
plaintiff actions after reporting
drug usage with hispanics
and the weaver family when
just recently the sheriff
department and hospital workers
stole my cellphone with my
bankcard Insurance social
security card and drivers
license and can be tracked
to them through Iphone
support locating the phone
that received the call from
a officer that called outside
on camera.

        I have approximately
2 officers who can and
will be subpoenaed to testify
at their personal knowledge
of my actions involving
this complaint

Including a sheriff from
Vigo County who's mom lives
at draiser square where I
requested him to arrest a
prostitution ring and me
to assist him to do so
but prior to this I
on my own with my cellphone
recorded a neighbor on my
phone who confessed that he
smoked on the front of his
porch and dropped a cigret
causing him to fall and
break his neck and back
bad was smoking in a out of
place areg and knowingly
die to him telling me I
must do so myself where
to further he would have
large amounts of cash
and have female visits
and deplet his funds and
making errand with signs
of sex for money including
antihampatamine user's
or cobi consuming from
Brazil Indiana and
who was tricked in doing
& arrest in doing so

45

of their own scheme by
attempting to marry me to
their family's or daughters
and if they believe I
am gullable naeve and
ignorant to their attempts
to murder me for their
gain ~~some~~ in money.
Which ~~g~~ is one of the
subject and issues here
in the nature of this
complaint.

And government agents in
diffrent state's abusing their
authority and their demeanor
shows it by telling me I
must pay to camp and
enter a state park wherein
they and did not say
anything to others who
walked into the area
and placed my life and
circumstances in further
danger and are Federal
officers and are in
conspiracy of the states
actions.

42

and civilians watching me
make withdrawls from A.T.M
machines making calls letting
others know and the federal
agents creating the situation
to allow to happen knowing
the circumstances and ~~medi~~
medical treatment needed
and financial burden of
it and with their fraud
and theft working with
incorporations not to hire
me or allow me access to
needed necessities causing
no showers, extra expenses,
allowing their injury
to be ongoing that can
cause cancer and their
intentional denial of
summons and enforcements
to go before the Judge
who can grant relief
and the judges participated
and lawyers to conspire
to comitt murder on
me and will be proven
without a doubt

42

and bringing criminals to intimidate and threat in their actions to make choices of my own due their actions that has caused the circumstances and their charachter and nature of this complaint notions their actions and participation of state and Federal inedable actions that I will seek capitol punishment on them in Title 18 sec 1111 in Federal law and their conspiracy and will subpoena them into a 42 1983 suit against government employee's invoked in Title 28-1331, 28-1343 and Title 18 sec 241 as stated to prosecute them in conspiracy that their own actions will notion their acts of crime as government employee's comitting crimes with criminals, literally, and the social security office involved with their attempt to deprive me of backpay and stop my benefits for the entities involved herein including denying documents in my accounts in my accounts in banks, mail to arrive and be signed by correct receiptants, mail to arrive at its address destithe destination, illegally witholding evidence of documents and physical evidence

and my family's information along
with illegal procedure's while
poisoning me in my home to
evade prosecution in civil and
evade prosecution in civilly comitted
crimes issue herein the nature
of this complaint(s) against these
defendants and their conspirators
and employee(s). Further in
the begining of the purchase
in my home that was criminalized
through the private subdivision and
surrounding area and property management
that did not place a building
permit on my home for the
need to replace the roof with
shingles and plywood. These two
are roof replacement and the
replacement of plywood this
is two layers requiring a permit
the building code enforcement office
sent a employee who called me
a asshole for not allowing them
to comitte a crime with
my home and further the
property management who employee's
a negligent inspector or maintenance
worker that is negligant and
gross negligant in his work

that is a employee of Ft. villo
Inc where my car was noticed
then stolen and neighbors became
possesive over my property
while they waited for my death
inside my home due to them
and their responsibilities inside
my home including State farm
a fraud comitted in the value
of it. involved with a durango
with farmer plates. that hit
it. and government employees
protected them. and participated
in this fraudulent action(s)
further remax reglotor is involved
with the premeditation and strategically
plan to comitt murder as my father
died and lawyers and clerks denied
legal merit and denied me representation
and tampered with those who
I employeed and all will receive
subpoenaed to trial including
those at drieser square and
those that live there. and I
will personally at trial reveal
to them that I recorded
them in their attempt to
comitt federal law scanns through
perjury.

and their refusal to confront childpornography in several counties and sponsered pornography on land lines that come into my home that is also a indiana code that is a violation that pays taxes to Vigo County and probably others that describes the charachter of this complaint against the defendants that is one sect of civilians that Ive been investigating and informing and with my own email forcing through interna affairs to remove from state facilitie's Ive been in. Due to The government(s) actions to intimidate me to withdrawl and or comitt acts of crime due to their involvement with those they hope to create a situation that will induce a verbal empowerment psychological psychosis that intimidates others through stigma and I refuse to return to the lifestyle that I don't feel comfortable in returning to becouse of their psychosis they develope causing a ailment needing medication that creates their chemical restraining

due to relieve their actions
that created the use of
psychotropic drugs. That murder
the natural function of the
brain and side effects that
cause physical crippling symptoms.
from these anti-psychotic drugs.
that create female breast on
men as birth control causes women
to grow beards. This is their
induced chemical assault. Further
involving clerks who do not allow
enforcements to be filed to protect
defendants involved in pre-meditated
murder involving the same type
of organ death pattern used
on myself from residance involved
and government employees involved
with them. Head traumas do not
cause organ shut down. that
causes death they murdered
my dad with chemicals or
poison. and attempted to murder
me on several times. and refused
to f allow a injunction to
stop these actions in the nature
of this complaint

b.     If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.     Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See Attachment Nature of Complaint

## IV.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Compensatory and punitive damages seeking award of 10,000,000.00 million dollars to be awarded for conspiracy of premature demise, assaults, false imprisonment causing physical and mental ......... of psychological ailments

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     10/21/2025

Signature of Plaintiff     Mr Jessie & Ison

Printed Name of Plaintiff     Mr. Jessie C. Ison

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address



# PRIORITY MAIL EXPRESS®

**PRIORITY MAIL EXPRESS POSTAGE REQUIRED**

Retail



46204

**RDC 07**

U.S. POSTAGE PAID
PME
NORTH PLATTE, NE 69101
OCT 22, 2025

**$73.85**

S2324P500430-44

## MAILING ENVELOPE
### FOR DOMESTIC AND INTERNATIONAL USE



FILED

OCT 27 2025

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

**FOR DOMESTIC AND** 
**PLACE MAILIN**



**PRIORITY MAIL EXPRESS®**

EJ 928 678 882 US

10

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)    PHONE (

Mr. Jessie L. Ison
P.O. Box 7001
Terre Haute, In
47808

**DELIVERY OPTIONS (Customer Use Only)**

**PAYMENT BY ACCOUNT (if applicable)**
USPS® Corporate Acct. No.    Federal Agency Acct. No. or Postal Service™ Acct. No.

**ORIGIN (POSTAL SERVICE USE ONLY)**

☐ 1-Day    ☑ 2-Day    ☐ Military    ☐ DPO

PO ZIP Code: 69101    Scheduled Delivery Date (MM/DD/YY): 10-25    Postage: $73.85

Date Accepted (MM/DD/YY): 10-22    Scheduled Delivery Time ☐ 6:00 PM    Insurance Fee $    COD Fee $

Time Accepted: 1:57 ☐AM ☑PM    Return Receipt Fee $    Live Animal Transportation Fee $

TO: (PLEASE PRINT)    PHONE (    ) 812-222-2278

Federal Courthouse Court Div
V.S. Dist Ct Indpls Division
46 E. Ohio St
Indpls In 46209    46204

ZIP + 4® (U.S. ADDRESSES ONLY)

Special Handling/Fragile $    Sunday/Holiday Premium Fee $    Total Postage & Fees $73.85

Weight: 3 lb 6 oz ☐ Flat Rate    Acceptance Employee Initials NE    $73.85

**DELIVERY (POSTAL SERVICE USE ONLY)**

Delivery Attempt (MM/DD/YY)    Time ☐AM ☐PM    Employee Signature

Delivery Attempt (MM/DD/YY)    Time ☐AM ☐PM    Employee Signature

LABEL 11-B, MAY 2021    PSN 7690-02-000-9996

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance Included.

⬅ **PEEL FROM THIS CORNER**



PS10000132900

EP13C July 2022



**UNITED STATES POSTAL SERVICE**

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express® shipments. Misuse may be a violation of federal law. This package is not for resale. EP13C © U.S. Postal Service; July 2022; All rights reserved.