UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| JESSIE L. ISON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:25-cv-00538-MPB-MKK |
| | ) | |
| STATE OF INDIANA, | ) | |
| MARION COUNTY INDIANA, | ) | |
| MARION COUNTY SHERIFF DEPARTMENT, | ) | |
| MARION PROSECUTORS OFFICE, | ) | |
| MARION COUNTY MUNICIPLE POLICE | ) | |
| DEPARTMENT, | ) | |
| INDIANA DEPT OF CORRECTION, | ) | |
| WESTIVLLE CORRECTIONAL FACILITY, | ) | |
| INDIANA REFORMTOR, | ) | |
| SULLIVAN COUNTY PRISON Level 5 Secured | ) | |
| housing unit, | ) | |
| SULIVAN COUNTY PRISON Level 3 prison, | ) | |
| VIGO COUNTY SHERIFF DEPARTMENT, | ) | |
| VIGO COUNTY MUNICIPLE POLICE | ) | |
| DEPARTMENT, | ) | |
| J. FUNKHOUSER, | ) | |
| HEATON Investigator, | ) | |
| VIGO COUNTY INDIANA, | ) | |
| VIGO COUNTY SUPERIOR CT, | ) | |
| VIGO COUNTY COUNSEL, | ) | |
| HENDRICKS COUNTY INDIANA, | ) | |
| HENDRICKS COUNTY PROSECUTOR, | ) | |
| HENDRICKS COUNTY JUDGE, | ) | |
| HENDRICKS COUNTY PUBLIC DEFENDERS | ) | |
| OFFICE, | ) | |
| ALL UNKNOWN TURNKEY DEPUTY | ) | |
| SHERIFF(S), | ) | |
| HENDRICKS COUNTY SHERIFF, | ) | |
| HENDRICKS COUNTY COURT REPORTER, | ) | |
| PUTNAM COUNTY INDIANA, | ) | |
| PUTNAM COUNTY SHERIFF DEPARTMENT, | ) | |
| PUTNAM COUNTY STATE POLICE | ) | |
| DEPARTMENT, | ) | |
| PUTNAM COUNTY SUPERIOR COURT, | ) | |
| PUTNAM COUNTY MURDER DETECTIVE | ) | |
| STATE POLICE, | ) | |

CHARLIE BOLINGER,                                      )
PARKE COUNTY INDIANA,                                  )
SAM SWAIM Judge,                                       )
STALKER Prosecutor,                                    )
CVENGROSS Prosecutor,                                  )
JAMES BRONER Parke County Public Defender,  )
                                                       )
                    Defendants.                        )

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING ACTION

Plaintiff Jessie Ison sued a slew of Defendants for alleged Fourth, Fifth, Sixth, Eighth, and Fourteenth Amendment violations. (Docket No. 1). After filing multiple motions, Plaintiff submitted a Motion to Withdraw from Complaint. (Docket No. 72). On March 31, 2026, Magistrate Judge Klump issued a Report and Recommendation, suggesting that the action should be dismissed without prejudice. (Docket No. 75). The Magistrate also recommended that the Court deny all pending motions as moot. (*Id.*). Fourteen days have passed since the Report and Recommendation was issued, and Plaintiff did not object.

After reviewing the record and the Magistrate Judge's Report and Recommendation, the Court finds no clear error in the recommendation. *See Bell v. Hana Bus. Grp.*, No. 1:19-cv-1249, 2021 WL 8269513, at *1 (S.D. Ind. Dec. 2, 2021) (adopting report and recommendation and reviewing for clear error) (citation omitted). Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation. (Docket No. 75). Plaintiff's Complaint, (Docket No. 1), is **DISMISSED without prejudice**. Fed. R. Civ. P. 41(a)(2). All pending motions are **DENIED as moot**. Final judgment will issue by separate entry.

**IT IS SO ORDERED.**

Dated:  April 21, 2026

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

2

Distribution:

JESSIE L. ISON
#42168
VIGO COUNTY JAIL
VIGO COUNTY JAIL
600 W. Honey Creek Dr.
Terre Haute, IN 47802-0600